# United States District Court
## Violation Notice

MD41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4482783 | Depp, S | 1163 |

4482783

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 07/16/2014  0529 | 18 USC Sec 13 / 21 901.1a |

**Place of Offense:** VCP 6 + Sanford Rd

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Reckless driving veh in wanton and willful disregard for safety of persons and property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Hawkins Jr | Darnell | D |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CM 9325 | DC | 01 | Toyota Highlander | | Blue |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$510.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $535.00 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident