# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *
                                  *   Citation No(s): __4482780-85__
          v.                      *
__Darnell Hawkins__               *
          Defendant               *   Docket No: __14-po-08104__
                                  *
                                  *
                    * * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| Eluding §21-904(b)(1) | | 250 | 25 | 25 |
| All remaining charges dismissed by government | | | | |

TOTAL DUE: $ __#300__

*(Section to be completed by court personnel)*

Payment is due in full ~~within seven~~ MW days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363

  (or you may pay online at www.cvb.uscourts.gov)

☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

---

☐ Waive Initial Appearance          ☐ Continue to Obtain License

☐ Continue for Payment              ☐ Continue to Retain Attorney

☐ Set for Trial                     ☐ New Court Date: _____

☐ Dismissed by the Government                    at: _____ a.m.

COMMENTS: _____

__Darnell Hawkins__                 __[signature]__
Defendant's Signature               Assistant U.S. Attorney

__[signature]__                     __7/24/15__
Attorney for Defendant              Date

*Original – Court*       *Yellow – Defendant*       *Pink – AUSA*

Plea Agreement (01/2013) Triple